01

02

03

04

05

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

06

07

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        )<br>        Plaintiff, )<br>        )<br>    v. )<br>        )<br>        )<br> GREG M. PATZER, )<br>        )<br>        Defendant. )<br> _____ ) | Case No. MJ07-139<br><br>DETENTION ORDER |

08

09

10

11

12

13

Offense charged:

14

        Bank Robbery in violation of 18 U.S.C. § 2113(a).

15

Date of Detention Hearing:  March 19, 2007.

16

        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17

based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

18

        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

19

        Defendant has stipulated to detention based on an arrest warrant from the Northern

20

District of Illinois.    Defendant has also reserved the right to contest his continued detention

21

upon his transfer and appearance in the District Court for the Northern District of Illinois, and

22

if there should be a change in circumstances.

23

        IT IS THEREFORE ORDERED:

24

        (1)    Defendant shall be detained pending trial and committed to the custody of the

25

                Attorney General for confinement in a correction facility separate, to the extent

26

DETENTION ORDER                                                                                          15.13
18 U.S.C. § 3142(i)                                                                                Rev. 1/91
PAGE 1

01            practicable, from persons awaiting or serving sentences or being held in custody

02            pending appeal;

03      (2)   Defendant shall be afforded reasonable opportunity for private consultation with

04            counsel;

05      (3)   On order of a court of the United States or on request of an attorney for the

06            government, the person in charge of the corrections facility in which defendant

07            is confined shall deliver the defendant to a United States Marshal for the purpose

08            of an appearance in connection with a court proceeding; and

09      (4)   The Clerk shall direct copies of this Order to counsel for the United States, to

10            counsel for the defendant, to the United States Marshal, and to the United States

11            Pretrial Services Officer.

12

        DATED this 20th day of March, 2007.

13

                                        _James P. Donohue_

14
                                        JAMES P. DONOHUE
                                        United States Magistrate Judge
15

16

17

18

19

20

21

22

23

24

25

26

DETENTION ORDER                                                          15.13
18 U.S.C. § 3142(i)                                                      Rev. 1/91
PAGE 2